SHAYNE K. SOUZA
91-1036 Alepa Street
Kapolei, Hawaii 96707



Plaintiff Pro Se

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SHAYNE K. SOUZA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PHILLIP SINGLETON, CHRIS SCOTT, and CLARK COUNTY PARK POLICE,<br><br>　　　　Defendants. | CIVIL NO. 2:11-cv-01304-KJD-LRL<br><br>PLAINTIFF'S EX PARTE MOTION FOR FIRST EXTENSION OF TIME TO SERVE COMPLAINT ON DEFENDANTS AND ORDER; DECLARATION OF PLAINTIFF |

PLAINTIFF'S EX PARTE MOTION FOR FIRST EXTENSION
OF TIME TO SERVE COMPLAINT ON DEFENDANTS AND ORDER

   Plaintiff Shayne K. Souza, hereby moves this court ex parte for an extension of time in which to serve the Civil Rights Complaint Pursuant to 42 U.S.C. section 1983 herein on Defendants Phillip Singleton, Chris Scott, and Clark County Park Police from December 10, 2011, up to and including January 31, 2012.

   This motion is brought pursuant to Rules 4(m) and 7, Federal Rules of Civil Procedure, and Local Rules 6-1, 6-2 , 7-2, and 7-5 of the Local Rules of

Practice for the United States District Court for the District of Nevada, <u>inter alia</u>, and is based upon the attached declaration of Plaintiff and the records and files herein.

DATED:   Honolulu, Hawai'i,   NOV 17 2011.

_____
SHAYNE K. SOUZA

Plaintiff Pro Se

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED:   11-23-2011

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SHAYNE K. SOUZA, | ) CIVIL NO. 2:11-cv-01304-KJD-LRL |
| Plaintiff, | ) |
| | ) DECLARATION OF PLAINTIFF |
| vs. | ) |
| PHILLIP SINGLETON, CHRIS SCOTT, and CLARK COUNTY PARK POLICE, | ) |
| Defendants. | ) |

## DECLARATION OF PLAINTIFF

Shayne K. Souza declares as follows:

1. I am the Plaintiff in the above entitled action, and I have personal knowledge of all facts stated herein and I am competent to testify with regard to said facts.

2. My Civil Rights Complaint Pursuant to 42 U.S.C. section 1983 was filed herein on August 12, 2011.

3. As a result of my unlawful arrest and detention relating to the above-entitled action, I have been involved in an employment arbitration here in Hawaii.

4. The results of the arbitration are currently pending and a ruling should be made in the next thirty (30) days.

5. Based on the outcome of the employment arbitration, I may decide not to pursue my civil claims any further which is why I have not yet served the Complaint on the Defendants.

6. I have also been trying unsuccessfully to locate and retain local counsel in Nevada to assist me with this litigation.

7. I therefore request an extension of time in which to serve all of the Defendants in this matter from December 10, 2011 up to and including January 31, 2012.

I declare under penalty of perjury that the foregoing statement is true and correct.

DATED:   Honolulu, Hawaii, ____NOV 17 2011____.

_____
SHAYNE K. SOUZA

2