# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHAYNE K. SOUZA,

      Plaintiff,

v.

PHILLIP SINGLETON, *et al*.,

      Defendants.

Case No. 2:11-CV-01304-KJD-VCF

**ORDER**

    Plaintiff's Complaint (#1) was filed August 12, 2011.  Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be made upon a defendant 120 days after the filing of the complaint.  On November 23, 2011, the magistrate judge granted Plaintiff's motion for an extension of time to serve the complaint.  The 120 day time period for effecting service of the summons and complaint upon Defendants was extended from December 10, 2011 until January 31, 2012.  However, Plaintiff has not yet filed proof of service, or taken any action of record since the extension was granted.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff shall have up to and including April 30, 2012 to file proof of service of the summons and complaint within the allowed time.  If Plaintiff

1    fails to respond or to file proof of service, the Court will dismiss the complaint without prejudice in

2    accordance with Federal Rule of Civil Procedure 4(m).

3         DATED this 10th day of April 2012.

4

5

6                                   _____

7                                     Kent J. Dawson
                                    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2